UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                 :
ROSE LEAF CLEANING, INC.,                 :
                          Plaintiff,     :
                                                 :         22 Civ. 7462 (LGS)
                -against-                        :
                                                 :         ORDER
SONDER HOSPITALITY USA, INC.,          :
                          Defendant.   :
                                                 :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an initial pretrial conference and pre-motion conference was held in this case on November 2, 2022.  It is hereby

       **ORDERED** that, by **November 7, 2022**, the parties shall each file a letter, not to exceed one page, stating whether they are amenable to settlement discussions and, if so, whether they would prefer that settlement discussions be facilitated by participation in the Court's mediation program, by a settlement conference before Magistrate Judge Wang, or otherwise.  It is further

       **ORDERED** that Plaintiff's letter shall further state whether it intends to amend its Complaint prior to the filing or resolution of Defendant's anticipated motion to dismiss.

Dated: November 3, 2022
           New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE