**Skarzynski | Marick**

Skarzynski Marick & Black LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
P 212.820.7700 | F 212.820.7740
skarzynski.com

Janene M. Marasciullo
Direct Line: 212.820.7709
jmarasciullo@skarzynski.com

February 22, 2023

> Defendant's request for an extension of time is GRANTED. The parties shall file their Joint Status Report by February 24, 2023.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
>
> Jennifer H. Rearden, U.S.D.J.
> Date: Feb. 23, 2023

**VIA ECF**
Hon. Jennifer Rearden
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Rose Leaf Cleaning, Inc. v. Sonder Hospitality USA Inc.* (S.D.N.Y. 22-cv-07462)
      Letter Request for An Unopposed Extension of Time to Submit Joint Status Report

Dear Judge Rearden:

In accordance with Paragraph 2.E of your Individual Rules and Practices, defendant, Sonder Hospitality USA Inc. ("Sonder") respectfully submits this Letter Motion to request an extension of time of two (2) days, to and including February 24, 2023, to submit the Joint Status Report required by this Court's February 8, 2023 Notice of Reassignment. Dkt. 33. The parties' Joint Status Report is due today. Therefore, Sonder further requests that the Court grant the extension, notwithstanding the fact that extension was not sought two business days in advance of the deadline. Counsel for Rose Leaf Cleaning, Inc. ("Plaintiff"), Alison Greenberg, has advised that Plaintiff concurs in these requests. This is the parties' first request for an extension of time to submit the Joint Status Report.

There is good cause for the requested extension of time. The parties held a day long mediation on February 15, 2023 and continued their negotiations through this morning. Despite everyone's diligence, the parties have not reached a settlement. This afternoon, Ms. Greenberg and I met to confer about the Joint Status Report and we realized that we need additional time to prepare it, despite having already submitted a joint case management plan. *See* Dkt. 16, 16-1. We therefore agreed to seek a two-day extension of time. The requested two-day extension of time will not delay this case nor prejudice any party. Rather, it will allow the parties to prepare a Joint Status Report that addresses each item outlined in the Court's February 8, 2023 Notice and facilitate the orderly resolution of this dispute.

For the foregoing reasons, Sonder respectfully requests that the Court grant the parties' request for an extension of time of two (2) days, to and including February 24, 2023, to submit the Joint Status Report.

Respectfully submitted,

*/s/ Janene Marasciullo*

Janene M. Marasciullo
*Attorney for Defendant Sonder Hospitality USA Inc.*

4872-9512-1746, v. 1