UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROSE LEAF CLEANING, INC.,

              Plaintiff,

    v.

SONDER HOSPITALITY USA, LLC.,

              Defendant.
------------------------------------------------------------x

No. 1:22-cv-7462 (JHR)

[PROPOSED] JUDGMENT ORDER

      Defendant Sonder Hospitality USA, Inc., ("Defendant"), having moved at ECF No. 43 to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the matter having come before the Honorable Jennifer H. Rearden, United States District Judge, who by Opinion and Order at ECF No. 67 dated August 26, 2024, granted Defendant's motion to dismiss without prejudice in its entirety, with leave to amend by 30 days from the date of the Opinion and Order, and further stated that if Plaintiff did not file an amended complaint within 30 days, that the Court would dismiss the action and enter judgment without further notice, and the Plaintiff not having filed an amended complaint within that time frame, it is hereby

      ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's August 26, 2024 Opinion and Order, Defendant's motion to dismiss is GRANTED; the Amended Complaint is dismissed with prejudice and costs, and the Clerk of Court is respectfully directed to enter judgment for Defendant. JUDGMENT IS ENTERED in favor of Defendant.  Accordingly, this case is closed.

      Dated:  September 4, 2025

                                                    DANIEL ORTIZ,

                                                    Jennifer H. Rearden, U.S.D.J.

                                                    Acting Clerk of Court

2

4860-0737-5350, v. 1