UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSE LEAF CLEANING, INC.,

                Plaintiff,                      22 **CIVIL** 7462 (JHR)

      -against-                      **JUDGMENT**
                                                          For Attorney's Fees and Costs

SONDER HOSPITALITY USA, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 4, 2025, that Sonder's Motion for Fees and Costs is GRANTED IN PART; ORDERED, that Sonder is entitled to recover the fees and costs it incurred in defending this matter; and it is further ORDERED, that Rose Leaf shall pay the sum of $266,817.96, which represents the costs ($6,049.46) and attorney's fees ($260,768.50) that Sonder incurred in defending this case. Defendant is not entitled to prejudgment interest on attorneys' fees and costs. "In a diversity case such as this one, state law governs the award of prejudgment interest." Koziar v. Blammo, Ltd., 759 F. Supp. 3d 543, 554 (S.D.N.Y. 2024) (citing Schipani v. McLeod, 541 F.3d 158, 164-65 (2d Cir. 2008)).

**Dated:** New York, New York

      September 5, 2025

                                                          **TAMMI M. HELLWIG**

                                                             **Clerk of Court**

                    **BY:**

                                                               **Deputy Clerk**